# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                          No. 4:20-cr-291-DPM

STEPHEN STEEL                                           DEFENDANT

## ORDER

The Court amends its previous Order, *Doc. 78*. The Court directs the Clerk to apply $4,975.00 of Steel's appearance bond to the JVTA assessment.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2026